No. 122, October Term, 1957. IVANHOE IRRIGATION DISTRICT ET AL. *v.* McCRACKEN ET AL.;

No. 123, October Term, 1957. MADERA IRRIGATION DISTRICT ET AL. *v.* STEINER ET AL.;

No. 124, October Term, 1957. MADERA IRRIGATION DISTRICT *v.* ALBONICO ET UX.; and

No. 125, October Term, 1957. SANTA BARBARA COUNTY WATER AGENCY *v.* BALAAM ET AL., 357 U. S. 275. Petition for rehearing and clarification of opinion denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

| | |
|---|---|
| No. 86, Misc. | TAYLOR *v.* ADAMOWSKI ET AL.; |
| No. 104, Misc. | BOWMAN *v.* ALVIS, WARDEN; |
| No. 106, Misc. | MITCHELL *v.* UNITED STATES; |
| No. 107, Misc. | SMITH *v.* PEPERSACK, WARDEN; |
| No. 139, Misc. | HARRISON *v.* SETTLE, WARDEN; |
| No. 151, Misc. | LAMB *v.* CALIFORNIA; |
| No. 157, Misc. | SILVESTRI *v.* HEINZE, WARDEN; |
| No. 163, Misc. | MORGAN *v.* DOWD, WARDEN; |
| No. 164, Misc. | GRIFFIN *v.* FLORIDA; |
| No. 174, Misc. | BIEN *v.* RANDOLPH, WARDEN; |
| No. 178, Misc. | PALMER *v.* ROGERS, ATTORNEY GENERAL, ET AL.; |
| No. 184, Misc. | HYDER *v.* JOHNSTON, WARDEN; |
| No. 191, Misc. | WAHL *v.* DOWD, WARDEN; |
| No. 194, Misc. | STONEKING *v.* LOONEY, WARDEN; and |
| No. 202, Misc. | NEAL *v.* UFFELMAN, SUPERINTENDENT, |

ILLINOIS SECURITY HOSPITAL. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se. Solicitor General Rankin* for respondents in No. 178, Misc., and respondent in No. 194, Misc.

No. 141, Misc. IN RE SANGUIGNI. Motion for leave to file petition for writ of habeas corpus and for other relief denied.